UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS LEBRON,

                              Plaintiff,

             -against-

MYKOLA LOZOVYI, et al.,

                              Defendants.

1:22-cv-08027 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On November 18, 2022, the Court ordered the parties to file, by November 30, 2022, a joint letter and proposed Civil Case Management Plan and Scheduling Order, pursuant to the Court's prior order at ECF No. 12.  The parties have filed a proposed scheduling order but not a joint letter.  The Court requires the letter in advance of the initial pretrial conference scheduled for December 8, 2022 at 10:30 a.m.  Accordingly, the parties shall promptly, and **no later than December 6, 2022**, file a joint letter with the information requested at ECF No. 12.

Dated: December 2, 2022
       New York, New York

                              SO ORDERED.

                              _____
                              JENNIFER L. ROCHON
                              United States District Judge